IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                3:21-CR-00031-01-JM

CODY MURPHY

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 39) is DENIED.

Applying retroactive Guidelines Amendment 821 reduces Defendant's criminal history score from 11 to 10. However, his criminal history category remains V and his guideline range is unchanged.[1]

IT IS SO ORDERED this 14th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10(a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").